UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| BOBBY STEVENS, | |
|     *Plaintiff*, | Civil Action No. 1:16-cv-00194-BR-SPB |
|     *v.* | **ORDER** |
| PA DEPARTMENT OF CORRECTIONS, *et al.*, | |
|     *Defendants*. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation;

(2) This case is **DISMISSED** due to Plaintiff's failure to prosecute; and

(3) The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

Dated: December 2, 2016.

*/s/ Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE